**1**

**Orie DUNN v. UNITED STATES (two cases).**

Circuit Court of Appeals, Sixth Circuit.
June 14, 1928.

Nos. 5192, 5193.

Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge.

John T. Murphy, of Covington, Ky., for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

═══

**2**

**Jack ENOCH v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit,
April 6, 1928.

No. 5092.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Charles A. Higgs, of Bay City, Mich., for plaintiff in error.

O. L. Smith, U. S. Atty., of Detroit, Mich., and Otto J. Manary, Asst. U. S. Atty., of Bay City, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

═══

**3**

**ERIE RAILROAD CO. v. Oscar O. HARTSEL, a Minor, by His Next Friend, C. L. D. Hartsel.**

Circuit Court of Appeals, Sixth Circuit.
April 3, 1928.

No. 5005.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for plaintiff in error.

Ruffalo & Wall, of Youngstown, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

27 F.(2d)—64½

**4**

**ERIE RAILROAD CO. v. Ramon OROZCO.**

Circuit Court of Appeals, Sixth Circuit.
January 13, 1928.

No. 4923.

In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for plaintiff in error.

Ruffalo, Wall & Ambrose, of Youngstown, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court affirmed, with costs, on authority of opinion filed January 6, 1928, in Erie R. R. Co. v. Joe Margue (C. C. A.) 23 F.(2d) 664.

═══

**5**

**ERIE RAILROAD CO. v. C. R. RIFFLE.**

Circuit Court of Appeals, Sixth Circuit.
April 3, 1928.

No. 5004.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for plaintiff in error.

Bernsteen & Bernsteen, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

═══

**6**

**ERIE RAILROAD CO. v. Francisco ROSAS.**

Circuit Court of Appeals, Sixth Circuit.
January 13, 1928.

No. 4922.

In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, for plaintiff in error.

Ruffalo, Wall & Ambrose, of Youngstown, Ohio, for defendant in error.

PER CURIAM. Judgment of District Court affirmed, with costs, on authority of opinion filed January 6, 1928, in Erie R. R. Co. v. Joe Margue (C. C. A.) 23 F.(2d) 664.